IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00634-ZLW

ANDRE J. TWITTY, also known as
ANDRE TWITTY, also known as
A. J. TWITTY,

    Applicant,

v.

C. D. DANIELS,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Motion to Amend the Complaint - Habeas Corpus on File, Recusal of Magistrate Judge Boland and District Judge Weinshienk for Cause, Brief in Support" that Applicant filed on April 5, 2010. The motion is DENIED as moot. This case was dismissed on March 31, 2010.

    Dated: April 6, 2010