IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00634-ZLW

ANDRE J. TWITTY, also known as
ANDRE TWITTY, also known as
A. J. TWITTY,

Applicant,

v.

C. D. DANIELS,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

This matter is before the Court on the motion titled "Motion to Correct the Fraudulent Decision Entered on 31 March 2010 for an Abuse of Discretion, Lack of Subject Matter Jurisdiction, Judgment Void, Recusal of Judges, Arguello, Weinshienk, Boland, Due to Judicial Conspiracy, Fraud Upon the Court, Brief in Support" submitted *pro se* by Applicant, Andre J. Twitty, and filed with the Court on April 12, 2010.

Mr. Twitty seeks reconsideration of the order of dismissal and the judgment filed on March 31, 2010, denying his application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Twitty is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado.

The Court must construe the April 12 motion liberally because Mr. Twitty is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.*

*Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be construed as a motion to reconsider, and denied.

The Court denied the application and dismissed the action because Mr. Twitty has an adequate and effective remedy pursuant to 28 U.S.C. § 2255 in the United States District Court for the Northern District of Georgia. The reasons for the dismissal are explained in greater detail in the March 31 dismissal order.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to alter or amend the judgment must be filed within twenty-eight days after the judgment is entered. *See* Fed. R. Civ. P. 59(e). The Court will consider Mr. Twitty's motion to reconsider pursuant to Fed. R. Civ. P. 59(e) because it was filed within twenty-eight days after the judgment was entered in this action on March 31. *See Van Skiver*, 952 F.2d at 1243 (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e) when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)).

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion to reconsider is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. *Id.* (citing *Van Skiver*, 952 F.2d at 1243).

Upon consideration of the entire file, the Court finds and concludes that Mr. Twitty fails to demonstrate some reason why the Court should reconsider and vacate its decision to dismiss this action. Therefore, the motion to reconsider will be denied. To the extent Mr. Twitty may be seeking my recusal and the recusal of Judge Zita Leeson Weinshienk and Magistrate Judge Boyd N. Boland, the request will be denied for the reasons stated in the March 31 dismissal order. Accordingly, it is

ORDERED that the motion titled "Motion to Correct the Fraudulent Decision Entered on 31 March 2010 for an Abuse of Discretion, Lack of Subject Matter Jurisdiction, Judgment Void, Recusal of Judges, Arguello, Weinshienk, Boland, Due to Judicial Conspiracy, Fraud Upon the Court, Brief in Support" submitted *pro se* by Applicant, Andre J. Twitty, and filed with the Court on April 12, 2010, and which the Court has construed as a motion to reconsider filed pursuant to Fed. R. Civ. P. 59(e), is denied. It is

FURTHER ORDERED that to the extent Mr. Twitty may be seeking my recusal and the recusal of Judge Zita Leeson Weinshienk and Magistrate Judge Boyd N. Boland, the request is denied for the reasons stated in the dismissal order filed on March 31, 2010.

DATED at Denver, Colorado, this __16__ day of __April 16__, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE A. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00634-ZLW

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/19/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk